**PRESS FIRMLY TO SEAL**    **PRESS**

# PRIORITY MAIL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

---

US POSTAGE & FEES PAID
PRIORITY MAIL
FLAT-RATE ENVELOPE
COMMERCIAL BASE PRICING

062S0009672741
FROM 27601

stamps.com
03/23/2016

## PRIORITY MAIL 2-DAY™    0024

Miller Law Firm, PLLC
PO Box 1769
Raleigh NC 27602

C008

**SHIP TO:**
John S. Brubaker, Clerk of Court
US District Court Middle District of NC
324 W. Market Street Ste 101
Greensboro NC 27401-2544

**USPS TRACKING #**

9405 5118 9956 3130 6603 11

Smith, C - Qui Tam-Brubaker



RECEIVED
In This
INSPECTED

MAR 2 5 2016

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
jls       10:45