IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA AND )
THE STATE OF NORTH CAROLINA )
*Ex rel.* CYNTHIA SMITH and MELANIE )
CHILDRESS, )
                                            )
        Plaintiffs-Relators, )
                                            )
v. ) CIVIL NO.: 1:16CV234
                                            )
CAROLINA COMPREHENSIVE )
HEALTH NETWORK, PA; SMH )
ENTERTAINMENT, LLC; MICHAEL A. )
SMTIH; BRIAN GASKILL; MEL A. )
VOULGAROPOULOS, MD; PENNY )
POPE, FNP; CLAUDIA SWOOPE; and )
ROBERT SCHOONHOVEN, )
                                            )
        Defendants. )

## PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT

Plaintiffs-Relators Cynthia Smith and Melanie Childress, by and through counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the complaint against the defendants without prejudice.

This the 5th day of August 2020.

W. Stacy Miller, II, N.C. State Bar No. 21198
Miller Law Group, PLLC
P.O. Box 1769
Raleigh, NC 27612
T: (919) 348-4361
F: (919) 729-2953
E: stacy@millerlawgroupnc.com